**FILED**

AUG 15 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Aug 15, 2023

1:23-cr-00450
Judge Nancy L. Maldonado
Magistrate David Weisman
Random Assignment

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Violation: Title 18, United States |
| RAYMOND HEAD | ) Code, Section 922(g)(1) |
| | ) |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about March 21, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

RAYMOND HEAD,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Ruger, model EC9s firearm, bearing serial number 462-64630, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Ruger, model EC9s firearm, bearing serial number 462-64630, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY